AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:24-mj-00926-DJA-1 |
| GUSTAVO MENDIOLA VERDUZCO | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING DETENTION HEARING

An initial appearance hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Courtroom No.: | 3A - DJA |
|---|---|---|---|
| | | Date and Time: | November 15, 2024 at 2:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: November 14, 2024

_____
*Judge's signature*

DANIEL J. ALBREGTS, U.S. Magistrate Judge
*Printed name and title*